Exhibit A to the Complaint

**Location:** New York, NY  
**Total Works Infringed:** 24

**IP Address:** 66.108.94.19  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash:<br>D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 01-04-2023<br>01:41:05 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 2 | Info Hash: 62F44792B3F0A06152C9B94C39BE49E31AEBFE90<br>File Hash:<br>7EF2B0859D4792145C992CC072944A2629002AEDB00BE47F8D854D2776E9F110 | 01-01-2023<br>19:48:48 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 3 | Info Hash: E845CE6EA6CA1AD41A7DA16BA94A93140CEB8D4B<br>File Hash:<br>39531E8B899812CD79908CF4CE5904927148B0D3AC04197D9D3192D837CB64F2 | 12-12-2022<br>00:24:43 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 4 | Info Hash: 72346C684333B29BA44A3AD510D50601209FC2CE<br>File Hash:<br>E0C847982F6D2E8FEE75BFF7D0A5C8996ADC5833DCD8B863F3F53AA452E0BBB8 | 11-30-2022<br>01:31:54 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |
| 5 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash:<br>9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 11-30-2022<br>01:31:16 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 6 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash:<br>CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 11-26-2022<br>16:46:23 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 7 | Info Hash: 3D12C142E56A6E39459711907ACDD5A07DA03127<br>File Hash:<br>DBC642F9DE43810227B6EDE773175652DD06978B99E6B302A7F07C9F2EAEBD77 | 11-20-2022<br>20:41:47 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 8 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash:<br>BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 11-04-2022<br>11:42:38 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 9 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash:<br>5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-17-2022<br>16:41:57 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 10 | Info Hash: C5918794A3A86750324DB339455F5EDBD2782579<br>File Hash:<br>8826235EC94CBCA6DD1621B3EC7C4F5713EBEB71620194A5558C68F80922C4F2 | 10-16-2022<br>19:36:05 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 11 | Info Hash: B664491ECF005F0F196B8A1FBF69B2DF31F03B4A<br>File Hash:<br>16DD10031D63C17B5F0170F4F4FACF6AE53C50E1CA671EF54563CE31CD79D211 | 10-10-2022<br>20:31:38 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash: 5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 10-03-2022 21:52:06 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 13 | Info Hash: 0A943EE511B271EB4FECB0C68C646E26A824EBBA<br>File Hash: 5AF9E686D4F55210F2A0BA1CD985260CED2AB6321C7245F1E0030DEC8CFC2EED | 09-29-2022 21:32:40 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 14 | Info Hash: DEE51D0DCBE476C087C2FBFC6FD3265A0630E4A8<br>File Hash: 47335489F0CF63B02ADB32671381D366A9A5EA8A8FBC105A05423CC419DCEFF6 | 09-28-2022 00:37:20 | Blacked | 04-30-2022 | 05-20-2022 | PA0002350385 |
| 15 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash: 72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 09-19-2022 23:35:15 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 16 | Info Hash: F79ED94190ADC5734573AA4A13934FF9627357CD<br>File Hash: D1EE25645FFFE8CB3A087B21142C117B49FF62A9524BE31CFEC31B956B960361 | 09-05-2022 19:10:40 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 17 | Info Hash: A6F189AFF3929996CFF5F25DA60AA451873C0FC4<br>File Hash: 5ED45691E4613CA077BCDAD75EFDC123C707B406CF072FFEE8EC062927ABCCFE | 09-05-2022 18:45:05 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 18 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 09-05-2022 18:44:45 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 19 | Info Hash: F3FFE03067B4C5FB4B05054E83FBB4081C9052F9<br>File Hash: FDDC943D33FE63B194E3B54CDB0426E2F2195DDCAC3A67F3941C7BFBB03CDAE4 | 09-05-2022 18:42:57 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 20 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09-05-2022 18:41:40 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 21 | Info Hash: 34F0DA2F0CCF929271FCC00697F4B9070B8C4254<br>File Hash: 14077D361F4604AA9DBBE92C06966CEF5BB7DC4073ECF07D76458645073A9F67 | 08-28-2022 18:09:23 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 22 | Info Hash: C20EA351BB316CBF2DC35ADB71846A2E49352ACB<br>File Hash: FD734D04BB084B82492FB2B26BB9EA993DAC49FEC7A01E646428AD8DC060F7B1 | 08-23-2022 21:34:39 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 23 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-13-2022 23:27:22 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 674B524FAFD7B1AAF922C49B78FD1C201BE620FF<br>File Hash:<br>32CF7DE4D0D97CA7345FD583EF8460A1DA3FEA4DC48296095F438A352DF65FD1 | 07-11-2022 01:15:24 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |